HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DOMINGO VALDIVIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>DOMINGO VALDIVIA,<br><br>     Defendant. | No. Cr. F 12-239 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, DOMINGO VALDIVIA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On January 6, 2014, this Court sentenced Mr. Valdivia to 60 months on Count 1, for a violation of 18 U.S.C. § 922(a)(1)(A), and to 97 months on Count 2, for a violation of 21 U.S.C. § 841(a)(1), to be served concurrently;

3.     His total offense level was 31, his criminal history category was II, the resulting guideline range was 121-151 months, and on government motion he received a downward departure for a sentence of 97 months;

4.     The sentencing range applicable to Mr. Valdivia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Valdivia's total offense level has been reduced from 31 to 29, and his amended guideline range is 97 to 121 months. A reduction to a comparable point relative to the new guideline range yields a sentence of 77 months; and,

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Valdivia's term of imprisonment to a total term of 77 months.

Respectfully submitted,

Dated:  January 19, 2015                    Dated:   January 19, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender

 /s/  *Kathleen A. Servatius*                /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                       DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    DOMINGO VALDIVIA

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Valdivia is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 97 to 121 months. A reduction to a comparable point relative to the new guideline range yields a sentence of 77 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2014 is reduced to a term of 77 months.

1   IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
2   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
3   reduction in sentence, and shall serve certified copies of the amended judgment on the United
4   States Bureau of Prisons and the United States Probation Office.
5   Unless otherwise ordered, Mr. Valdivia shall report to the United States Probation Office
6   within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **January 20, 2015**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE